CHARLES D. DOUBLEDAY, Appellant, *v.* PARLEY A. DAILEY et al., Respondents.

(Argued June 9, 1882 ; decided June 30, 1882.)

*Henry E. Tremain* for appellant.

*Samuel D. Morris* for respondents.

Agree to dismiss appeal.   No opinion.
All concur, except TRACY, J., absent.
Appeal dismissed.

---

THE PEOPLE, ex rel. JOHN SWINBURNE, Appellant, *v.* THE TRUSTEES OF THE ALBANY MEDICAL COLLEGE, Respondent.

(Argued June 13, 1882 ; decided June 30, 1882.)

*Nathaniel C. Moak* for appellant.

*Amasa J. Parker* for respondent.

Agree to affirm.   No opinion.
All concur.
Order affirmed.

---

ALFRED WHITMAN et al., Respondents, *v.* JOHN D. JAMES et al., Appellants.

(Argued June 13, 1882 ; decided June 30, 1882.)

*Charles Edward Souther* for appellants.

*William H. Sage* for respondents.

Agree to affirm.   No opinion.
All concur.
Order affirmed.